No. 70–5261. CANNON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 70–5262. JORDAN *v.* NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 70–5263. LOMAS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 70–5264. BURLAND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 70–5265. PITTMAN ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 70–5268. TAYLOR *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 70–5270. BRANDYBERRY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 70–5271. GIBSON *v.* RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 70–5272. CLAUSSER *v.* FIRST NATIONAL BANK OF ARIZONA, ADMINISTRATOR, ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 70–5273. BOYDEN *v.* COMMISSIONER OF PATENTS. C. A. D. C. Cir. Certiorari denied.

No. 70–5275. BROWN *v.* VAN DER VOORT, JUDGE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 70–5279. HERRINGTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.